# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FRIENDS OF MERRYMEETING BAY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Docket no. 1:11-cv-35-GZS |
| v. | ) ) |
| BROOKFIELD RENEWABLE POWER INC. & HYDRO KENNEBEC, LLC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF REASSIGNMENT

Having reviewed the docket in this matter as well as the dockets in the related cases of <u>Friends of Merrymeeting Bay v. Miller Hydro Group</u>, Docket No. 2:11-cv-36, <u>Friends of Merrymeeting Bay v. Topsham Hydro Partners, LP</u>, Docket No. 2:11-cv-37, and <u>Friends of Merrymeeting Bay v. Nextera Energy Resources, Inc.</u>, Docket No. 2:11-cv-38, the Court concludes that the claims and the procedural posture of all four cases is similar.  Under these circumstances, it serves the interests of justice and judicial efficiency to have the same magistrate judge assigned to all four cases.  The Court notes that all local counsel in this case are located in Portland.  Therefore, the Court hereby directs the Clerk to assign Magistrate Judge Rich as the magistrate judge for any referred matter on this case.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 26th day of April, 2011.